IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE D. RICHARD, | ) | No. C 14-0950 JSW (PR) |
| Petitioner, | ) ) ) | **ORDER OF DISMISSAL** |
| v. | ) ) | |
| FOULK, | ) ) | |
| Respondent. | ) ) | **(Dkt. 2)** |

Petitioner, a California prisoner proceeding pro se, filed this habeas action on February 28, 2014. On the same day, the Clerk notified Petitioner that he had neither paid the filing fee nor filed a completed application to proceed in forma pauperis ("IFP"). Specifically, he had failed to submit the certificate of funds and a trust account statement showing deposits and balances for the last six months. Along with the notice, the Clerk mailed the Court's IFP application form, instructions for completing the application, and a stamped return envelope. In the notice, Petitioner was informed that the case would be dismissed if he did not pay the filing fee or file a completed IFP application within twenty-eight days. No response has been received.

A Petitioner has not paid the filing fee or filed a completed IFP application within the allowed time, nor has he explained his failure to do so, the petition is DISMISSED without prejudice. The incomplete IFP application (dkt. 2) is DENIED.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: June 17, 2014

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE RICHARD,<br><br>    Plaintiff,<br><br>  v.<br><br>FOULK,<br><br>    Defendant. | Case Number: CV14-00950 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale D. Richard AG8130
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: June 17, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk